TIFFANY SIRIKULVADHANA (State Bar No. 250966)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: sirikulti@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GREGORY CAWTHORNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant.<br>_____ | NO. CV 10-5188FFM<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　　IT IS ORDERED that EAJA fees are awarded in the amount of three thousand six hundred and fifty dollars and no cents ($3,650.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation of the parties.

Dated: August 1, 2011

　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　HON. FREDERICK F. MUMM
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE